# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **JOSEPHINE AMATUCCI,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| v. | **)** | **2:17-cv-00157-JDL** |
| | **)** | |
| **STUART CHASE, et al.,** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 9 with the court on August 11, 2017, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The time within which to file objections expired on August 25, 2017, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ACCEPTED**. This case is ordered transferred to the United States District Court for the District of New Hampshire pursuant to 28 U.S.C. §§ 1391(b) and 1406(a).

**SO ORDERED.**

**Dated this 14th day of September 2017.**

**/s/ Jon D. Levy**
**U.S. DISTRICT JUDGE**
